UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT STUCKSTEDE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV0663 JCH |
| ) | |
| NJVC LLC AND COMPUTER SCIENCES ) | |
| CORPORATION, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF DISMISSAL

In accordance with the Order entered January 15, 20010, and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED**.

Dated this 15th day of January, 2010.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE